IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSEIN EDUARDO ACOSTA ORTEGA, | § | |
| *Movant,* | § | 5:25-CV-00632-XR-RBF |
| vs. | § | |
| MIGUEL VERGARA, ICE FIELD OFFICE DIRECTOR, SAN ANTONIO; AND TODD M. LYONS, ACTING DIRECTOR, ICE; | § | |
| *Respondents.* | § | |

## ORDER DIRECTING SERVICE AND ANSWER/RESPONSE

On June 9, 2025, Josein Eduardo Acosta Ortega, by and through counsel, filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 in the above-referenced case. Dkt. No. 1.

The Court hereby **ORDERS** Respondents to file a response to the Petition **within thirty (30) days of the date of service**. The Court further **ORDERS** Movant to file a reply, if desired, to Respondents within fourteen **(14) days of the filing of their response**.

**IT IS FURTHER ORDERED** that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition and this Order, and that such delivery by certified mail return receipt requested shall constitute sufficient service of process on Respondent Todd Lyons, Acting Director, Immigration and Customs Enforcement (ICE).

**IT IS FURTHER ORDERED** that the District Clerk shall serve the remaining Respondent Miguel Vergara, Field Office Director for San Antonio, ICE, by certified mail return receipt requested.

**IT IS SO ORDERED.**

SIGNED this 12th day of June, 2025.

                                                             _____
                                                             RICHARD B. FARRER
                                                             UNITED STATES MAGISTRATE JUDGE